No. 731. Long Beach Federal Savings & Loan Association et al. v. Federal Home Loan Bank of San Francisco et al. Appeal from the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.[*] *Charles K. Chapman* for the Long Beach Federal Savings & Loan Assn. et al., and *F. Henry NeCasek* for the Home Investment Co., appellants. *Solicitor General Sobeloff, Assistant Attorney*

---

*[As amended, *post*, p. 922.]

*General Burger, Samuel D. Slade* and *Donald B. Mac-Guineas* for McAllister et al., and *Sylvester Hoffmann* for the Federal Home Loan Bank of San Francisco, appellees. *Edmund G. Brown,* Attorney General of California, and *Everett W. Mattoon,* Assistant Attorney General, filed a brief on behalf of the citizens of California, as *amici curiae,* in support of appellants. ▮